11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



Aim Media Texas, LLC d/b/a                    * From the 161st District Court
*The Odessa American*,                              of Ector County,
                                                                  Trial Court No. B-20-02-0127-CV.

Vs. No. 11-22-00052-CV                       * March 16, 2023

City of Odessa, Texas,                           * Opinion by Bailey, C.J.
                                                              (Panel consists of: Bailey, C.J.,
                                                              Trotter, J., and Williams, J.)
                                                              (Williams, J., dissenting with opinion)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The cost incurred by reason of this appeal are taxed against Aim Media Texas, LLC d/b/a *The Odessa American*.